

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

June 21, 2019

<u>**Via ECF**</u>

Judge Ann M. Donnelly
United States District Court – Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Olivo et. al. v. Wells Fargo Bank, N.A.*, 18-cv-3222 (AMD) (LB)

Dear Judge Donnelly:

We represent defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced action (the "Action").

This Action was dismissed by Your Honor's Memorandum Decision & Order (ECF. Doc. 23) issued on March 29, 2019 (the "March 29 Order"). The Court's docket entry for the March 29 Order directed that, "if the plaintiff chooses to file an amended complaint, it must cure the deficiencies discussed in this decision and be filed within 30 days from the entry of this Order, or the case will be closed." To date, an amended complaint has not been filed. On May 1, 2019, Your Honor issued an Order, noting the deadline to file an amended complaint had passed, and directed the Clerk of the Court to "enter judgment dismissing" the Action (the "May 1 Order").

We respectfully request that the judgment be entered so this matter can be closed.

Should the Court require any further information, please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/ Allison M. Funk

Allison M. Funk

Senior Associate
allison.funk@hoganlovells.com
D 212-918-3065

cc: Brian McCaffrey, Counsel for Plaintiff (by ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington DC Associated offices: Budapest Jakarta Shanghai FTZ Ulaanbaatar Zagreb. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com