UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JUAN OLIVO, ANA J. OLIVO, and
CATHERINE SOBERS, on their behalf and on
behalf of a class of persons similarly situated,

          Plaintiffs,

                                              JUDGMENT
                                              18-CV-3222 (AMD) (LB)

          -against-

WELLS FARGO BANK, N.A.,

          Defendant.
------------------------------------------------------------ X

      A Memorandum, Decision, and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on March 29, 2019, granting the defendant's motion to dismiss; dismissing the complaint without prejudice; granting plaintiff 30 days from the entry of this Order to file an amended complaint; and an Order having been filed on May 1, 2019, directing the Clerk to enter judgment dismissing this case; it is

      ORDERED and ADJUDGED that the defendant's motion to dismiss is granted; that the complaint is dismissed without prejudice; and that this case is dismissed.

Dated: Brooklyn, NY                                       Douglas C. Palmer
       July 10, 2019                                      Clerk of Court

                                                  By:    /s/*Jalitza Poveda*
                                                            Deputy Clerk